In re O'BRIEN. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) In the matter of the application of James J. O'Brien for a peremptory writ of mandamus, etc., directed to Patrick A. Whitney, as Commissioner of Correction, etc. No opinion. Order affirmed, with $10 costs and disbursements.

O'CONNOR v. LEVINE. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by Daniel P. O'Connor against Arthur J. Levine. No opinion. Motion denied, with $10 costs. Order filed.

OLCH v. BERNSTEIN. (Supreme Court, Appellate Division, Second Department. January 15, 1915.) Action by Celia Olch against Fannie Bernstein and others. No opinion. Judgment of the County Court of Queens County affirmed, with costs.

OLMSTED, Appellant, v. F. W. WOOLWORTH CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) Action by Ella B. Olmsted against the F. W. Woolworth Company. No opinion. Judgment and order unanimously affirmed, with costs.

O'NEILL v. LEE. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by John J. O'Neill against Ronald C. Lee. No opinion. Application denied, with $10 costs. Order signed. See, also, 151 N. Y. Supp. 1134.

O'NEILL v. LEE. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by John J. O'Neill against Ronald C. Lee. No opinion. Motion denied, with $10 costs. Order filed. See, also, 151 N. Y. Supp. 1134.

ORR v. HAMBURG–AMERIKANISCHE PACKETFAHRT ACTIEN GESELLSCHAFT (HAMBURG–AMERICAN LINE). (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Orton G. Orr against the Hamburg-Amerikanische Packetfahrt Actien Gesellschaft (Hamburg-American Line). No opinion. Motion denied, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 268.

OSSINING NAT. BANK v. STERLING SMELTING CO. et al. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) Action by the Ossining National Bank against the Sterling Smelting Company and others. No opinion. Judgment affirmed, with costs.

OSWALD v. BAGG et al. (Supreme Court, Appellate Division, Second Department. January 29, 1915.) Action by Charles Oswald against Fred R. Bagg and others.
PER CURIAM. Judgment of foreclosure and sale affirmed, with costs. The evidence failed to make out any valid and binding agreement to extend the mortgage. The matters shown by the testimony of appellant Irvin did not rise above negotiations and offers never accepted. On the same morning that Mr. Pracht, who acted for plaintiff, had told Mr. Irvin that his proposal would not be accepted, the unsigned pencil memorandum on an envelope was handed to plaintiff at the elevated railroad station. Clearly this was only an offer, a tentative proposal from one side only, never accepted, as appears from the subsequent letters and interviews. The learned justice at Special Term, therefore, rightly held that no defense or counterclaim had been made out, and that plaintiff was entitled to a foreclosure judgment.

OUSSANI, Respondent, v. OUSSANI, Appellant. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) Action by Gladys Oussani against Joseph Oussani. No opinion. Motion for stay granted on consent. See, also, 151 N. Y. Supp. 1134.

OUSSANI, Respondent, v. OUSSANI, Appellant. (Supreme Court, Appellate Division, Second Department. February 19, 1915.) Action by Gladys Oussani against Joseph Oussani. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 151 N. Y. Supp. 1134.

OWEN, Respondent, v. EMPIRE ENGINEERING CORPORATION, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) Action by Arthur H. Owen against the Empire Engineering Corporation.
PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Held, that the moving papers presented in support of the motion do not state facts sufficient to authorize the granting of the order for a new trial upon the ground of newly discovered evidence.

OZUT v. PIETROWSKI & KONOP CO. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Paul Ozut against the Pietrowski & Konop Company. No opinion. Application denied, with $10 costs. Order signed. Motion denied, with $10 costs. Order filed.

PADDOCK, Respondent, v. JOHNSON, Appellant. (Supreme Court, Appellate Division, Second Department. February 11, 1915.) Action by Warren S. Paddock against Andrew Johnson. No opinion. Order affirmed, with $10 costs and disbursements.

PALMATEER v. RED HOOK LIGHT & POWER CO. et al. (Supreme Court, Appellate Division, Third Department. January 15, 1915.) Action by Lena Palmateer, as administratrix, etc., of Delro Palmateer, deceased, against the Red Hook Light & Power Company and another. No opinion. Motion granted. See, also, 149 N. Y. Supp. 1101.